April 2, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

STEPHEN MANLEY, Appellant

NO. 14-12-01095-CV                    V.

HOUSTON HOUSING AUTHORITY-IRVINTON VILLAGE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 22, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Stephen Manley.

We further order this decision certified below for observance.